UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RICHARD JOSEPHBERG,<br><br>       Defendant. | 18-cr-650 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of Defendant's motion for compassionate release from custody pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018). (ECF No. 96).[1] IT IS HEREBY ORDERED THAT the government shall file a letter no later than April 10, 2020, setting forth its position on defendant's motion.

SO ORDERED.

Dated:  April 7, 2020
      New York, New York

                    _____
                    RICHARD J. SULLIVAN
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation

---

[1] Because Defendant's motion contains sensitive medical information, the Court will maintain an unredacted version of the motion under seal, finding that the presumption of open records has been overcome by Defendant's privacy interests. *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995).