# SHER TREMONTE LLP

April 14, 2020

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, New York 10007

    Re: *United States v. Richard Josephberg*, No. 18 Crim. 650 (RJS)

Dear Judge Sullivan:

  We represent Richard Josephberg. We write respectfully to withdraw our client's motion for compassionate release, without prejudice to re-file on or after April 27, 2020, as that date will mark 30 days from the Warden's receipt of Mr. Josephberg's request for release.

  We appreciate the Court's consideration.

               Respectfully submitted,

               /s/

               Justine A. Harris
               Noam Biale
               SHER TREMONTE LLP

               *Attorneys for Richard Josephberg*

cc: Olga Zverovich, Assistant U.S. Attorney (by ECF and Email)